# inter-office communication

to: U.S. DISTRICT CLERK OF COURTS    date: 11-25-03

from: CASHIERS OFFICE - PICKAWAY CORRECTIONAL INSTITUTION

subject: RELEASE OF INMATE: THOMAS PAYNE #418-115 #C-1-01-694 #C-1-01-695

CLERK,

THIS IS TO NOTIFY THE COURT THAT INMATE  THOMAS PAYNE  , WAS RELEASED FROM OUR FACILITY: EST 11-26-03

HE LEFT THIS FORWARDING ADDRESS:
THOMAS PAYNE
153 HOLLAND AVE. APT.B
LEBANON, OH. 45036

PLEASE DO NOT HESITATE TO CALL IF YOU HAVE ANY QUESTIONS.

*[signature]*
CASHIERS OFFICE
PICKAWAY CORRECTIONAL INSTITUTION
(614) 877-4362, EXT. 345-346 or 348

**FILED**

DEC 0 3 2003

Terry Deinlein, Acting Clerk
Cincinnati, Ohio

GEN 1001 ( 3/84 )